MAGISTRATE JUDGE MARY A. THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GARY C. TANNER,

                Plaintiff,

v.

DR. KENNEY, *et al.*,

                Defendants.

NO. C07-0713-JCC-MAT

**NOTICE OF APPEARANCE**

**TO:**   THE CLERK OF THE ABOVE-ENTITLED COURT; and
**TO:**   GARY C. TANNER, Plaintiff, Pro Se:

    PLEASE TAKE NOTICE that Defendants, DR. DAVID KENNEY; SHERYL ALLBERT; DOUGLAS J. KOLLASCH; KENNETH QUINN; GLYN BEECROFT; DENVER MCCARTY; AND CRAIG MCINTYRE, without waiving objection as to sufficiency of service of process or jurisdiction of this Court, hereby enter their appearance in the above-entitled action by and through their attorneys, ROBERT M. MCKENNA, Attorney General, and HEIDI S. HOLLAND, Assistant Attorney General, and request that all future pleadings and correspondence be sent to said attorneys at the address given below.

    RESPECTFULLY SUBMITTED this 13th day of June, 2007.

ROBERT M. McKENNA
Attorney General

/s/ Heidi S. Holland
HEIDI S. HOLLAND, WSBA #27264
Assistant Attorney General

NOTICE OF APPEARANCE
(C07-0713-JCC-MAT)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused to be electronically filed the NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system. I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

GARY C. TANNER #634323
MONROE CORRECTIONAL COMPLEX
SPECIAL OFFENDER UNIT
PO BOX 514
MONROE WA  98272-0514

DATED this 13th day of June, 2007, at Olympia, Washington.

/s/ Kenna A. Davies
KENNA A. DAVIES
Legal Assistant

NOTICE OF APPEARANCE
(C07-0713-JCC-MAT)

2

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123