01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 | GARY C. TANNER,                    ) CASE NO. C07-0713-JCC-MAT
                                        )
09 |     Plaintiff,                     )
                                        )
10 | v.                                 ) ORDER DIRECTING PLAINTIFF TO
                                        ) SUBMIT REVISED AMENDED
11 | DR. KENNEY, et al.,                ) COMPLAINT
                                        )
12 |     Defendants.                    )
   |_____    )
13

14         Plaintiff recently submitted an "Amended Complaint." (Dkt. 15.) Pursuant to Federal

15 Rule of Civil Procedure 15(a), plaintiff may amend his pleading once as a matter of course at any

16 time prior to the service of a responsive pleading. As defendants have not yet responded to

17 plaintiff's original complaint, plaintiff does not require leave of court to amend his complaint.

18         However, the Court finds a revised amended complaint necessary in this case. An

19 amended complaint supercedes the original. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.

20 1992). Therefore, "[a]ll causes of action alleged in an original complaint which are not alleged in

21 an amended complaint are waived." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Here,

22 plaintiff appears to have submitted a supplement to his original complaint, rather than an amended

01 complaint stating his claims and requests for relief in full.  As such, plaintiff is directed to file a

02 revised amended complaint within **thirty (30) days** of the date of this Order.  The amended

03 complaint must be filed under the same case number as this one, and will operate as a complete

04 substitute for, rather than a mere supplement to, the original complaint.

05       The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the

06 Honorable John C. Coughenour.

07       DATED this 25th day of June, 2007.

                                           Mary Alice Theiler
                                           United States Magistrate Judge