UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY C. TANNER, ) | CASE NO. C07-0713-JCC-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: MOTION FOR LEAVE |
| ) | TO FILE AMENDED COMPLAINT |
| DR. KENNEY, et al., ) | AND MOTION FOR APPOINTMENT |
| ) | OF COUNSEL |
| Defendants. ) | |
| ) | |

Plaintiff, proceeding *pro se* and *in forma pauperis* (IFP), filed a Motion for Leave to File an Amended Complaint (Dkt. 18) and a Motion for Appointment of Counsel (Dkt. 19) in this 42 U.S.C. § 1983 action. Having considered those motions and the responses of defendants (Dkts. 20 & 22), the Court hereby finds and ORDERS:

(1) Plaintiff's motion to file an amended complaint (Dkt. 18) is GRANTED. As noted by defendants, the Court previously ordered plaintiff to file the amended complaint. (*See* Dkt. 17.)

(2) Plaintiff's motion for appointment of counsel (Dkt. 19) is DENIED. There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding IFP, plaintiff has shown

ORDER RE: MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -1

neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

(3) The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable John C. Coughenour.

DATED this 21st day of August, 2007.

                                          Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -2