01
02
03
04                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
05                              AT SEATTLE

06  GARY C. TANNER,                    )  CASE NO. C07-0713-JCC-MAT
                                       )
07           Plaintiff,                )
                                       )
08      v.                             )  ORDER RE: REQUEST FOR
                                       )  EXTENSION AND DEFENDANTS'
09  DR. KENNEY, et al.,                )  ANSWER
                                       )
10           Defendants.               )
                                       )

11

12      Plaintiff filed a motion for a sixty-day extension of time (Dkt. 25), to which respondents

13  object (Dkt. 27). Also, in response to an Order of the Court, respondents submitted an answer

14  to plaintiff's amended complaint. (Dkt. 28.) Having considered plaintiff's request and

15  respondents' answer, the Court hereby finds and ORDERS as follows:

16      (1)   Defendants construe plaintiff's motion as a request for an extension of time to file

17  an amended complaint. However, plaintiff has already submitted his amended complaint. (*See*

18  Dkt. 18.) His motion, instead, seeks a general "extension" on the proceedings in this matter, based

19  on the apparent seizure of his legal documents by staff at the Monroe Correctional Complex

20  (MCC). (Dkt. 25 at 1.) Yet, a declaration submitted by defendants from Sue Rosselet, a

21  Classifications Counselor at MCC, clarifies that the documents referred to by plaintiff, which had

22  been found in another inmate's cell, have since been returned to plaintiff. (*See* Dkt. 27, Ex. 1.)

01  Moreover, at this point in time, plaintiff has no impending deadline which would warrant any

02  suspension of activity in this case.  In sum, because the Court finds no basis for holding the

03  proceedings in this case in abeyance, plaintiff's motion for an extension of time (Dkt. 25) is

04  DENIED.

05      (2)  As noted above, respondents submitted an answer to plaintiff's amended complaint.

06  (Dkt. 28.)  However, it appears that respondents may have directed their answer towards a

07  proposed amended complaint the Court previously rejected as inadequate.  (*See id.* at 1 (indicating

08  the answer responded to the proposed amended complaint filed June 18, 2007, at docket entry

09  15).)  As reflected in the Court's Order directing respondents to submit an answer, the Court

10  construed the document filed by plaintiff on July 10, 2007, at docket entry 18, to constitute

11  plaintiff's amended complaint.  (*See* Dkt. 24 at 1 and Dkt. 18.)[1]  Accordingly, because it appears

12  that respondents failed to submit their answer in response to the operative amended complaint in

13  this matter, they are directed to submit an amended answer within **fifteen (15) days** of the date

14  of this Order.

15      (3)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for

16  defendants, and to the Honorable John C. Coughenour.

17      DATED this 5th day of November, 2007.

18

19                                                 _____
                                                   Mary Alice Theiler
                                                   United States Magistrate Judge
20

---

21  [1] Although entitled a "Motion for Leave to File an Amended Complaint," this document itself constitutes plaintiff's actual amended complaint.  (Dkt. 18.)  In order to avoid further
22  confusion, the docket will be revised to reflect the content at docket entry 18.