UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GARY C. TANNER, | ) | CASE NO.: C07-0713-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR A TEMPORARY |
| DR. KENNEY, et al., | ) | RESTRAINING ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's Motion for a Temporary Restraining Order (Dkt. 18 at 4), defendants' response thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for a Temporary Restraining Order is DENIED; and,

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 4th day of December, 2007.

/s/ John C. Coughenour

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR A TEMPORARY RESTRAINING ORDER
PAGE -1