UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY C. TANNER, | Case No. C07-0713-JCC |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING PLAINTIFF'S CLAIMS |
| DR. KENNEY, et al., | |
| Defendants. | |

This matter comes before the Court on Defendants' Motion for Summary Judgment (Dkt. No. 37), all papers and pleadings, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 39), Plaintiff's Objections thereto (Dkt. No. 40), Defendants' Response to Plaintiff's Objection (Dkt. No. 41), and the remaining record. The Court has carefully considered the foregoing and determined that oral argument is not necessary. The Court finds and rules as follows.

Plaintiff's Objections do not "set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in [Federal Rule of Civil Procedure] Rule 56(e), that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial" as required to avoid summary judgment. (Summary Judgment Notice (Dkt. No. 38 at 1).) *See Hansen v. United States*, 7 F.3d 137, 138 (9th Cir. 1993) ("Once the moving party meets its initial burden, the nonmoving party

ORDER
PAGE – 1

01  must go beyond the pleadings and, by its own affidavits or by the depositions, answers to
02  interrogatories, and admissions on file, come forth with specific facts to show that a genuine issue
03  of material fact exists. . . . When the nonmoving party relies only on its own affidavits to oppose
04  summary judgment, it cannot rely on conclusory allegations unsupported by factual data to create
05  an issue of material fact."). Plaintiff's Objections that "what has been said is wrong" and his
06  subjective, but unsupported, belief that his constitutional rights have been violated, are not enough
07  to avoid summary judgment. (Pl.'s Objections (Dkt. No. 40 at 2).) Accordingly:

08      (1)   The Court adopts the Report and Recommendation;

09      (2)   Defendants' Motion for Summary Judgment (Dkt. No. 37) is GRANTED;

10      (3)   Plaintiff's complaint and this action are DISMISSED with prejudice; and

11      (4)   The Clerk is directed to send copies of this Order to Plaintiff, to counsel for
12            Defendants, and to Judge Theiler.

13  DATED this 15th day of May, 2008.

16         John C. Coughenour
       UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2